# EXHIBIT 7

**EXHIBIT 7 TO DECLARATION OF ELAINE K. KIM IN SUPPORT OF**

**MOTION OF SHOWTIME AND SPT TO DISMISS AND TO STRIKE**

*See* Concurrently served envelope containing true and correct copies of

four DVDs containing all thirteen episodes of the first season of the television show *Huff*